IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　)　　　No. 10-00318-02-CR-W-BCW
　　　　　　　　　　　　　　　　　　　　　)
DANIEL J. FOWLER,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　　　)

## **ACCEPTANCE OF PLEA OF GUILTY**
## **AND ADJUDICATION OF GUILT**

　　　　　　Pursuant to the Report and Recommendation of United States Magistrate Judge John T.

Maughmer, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment is

now accepted.　　Defendant is adjudged guilty of such offense.　　Sentencing will be set by

subsequent order of the court.

　　　　　　　　　　　　　　　　　　　　　　　_s/ BRIAN C. WIMES___
　　　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Dated: <u>November 30, 2012</u>